IN RE:                                                          CASE NO.
                                                             CHAPTER 13

                                                             JUDGE

                                                             **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 5 | | | | | $0.00 |
| Total Amount Paid by Trustee | | | | | $0.00 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

    Through the Chapter 13 Conduit                          Direct by the

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the , Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the paid in full the amount required to cure the default on the claim; and 2) whether the otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO.

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at  or by the methods indicated on this 13th day of March, 2013.

ELECTRONIC SERVICE - United States Trustee

Date:  March 13, 2013                                                    /s/ _____